IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. ICMC cancelled.**

| | |
|---|---|
| EARLENE HOUSE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PFIZER INC., )<br>)<br>Defendant. ) | CASE NO. 3:13-cv-01063<br><br>Judge Aleta A. Trauger |

**JOINT NOTICE OF ORDER CREATING MDL AND
REQUEST TO STAY PROCEEDINGS**

Plaintiff and Defendant Pfizer Inc. jointly submit this notice to apprise this Court that the Judicial Panel on Multidistrict Litigation ("JPML") has created an MDL centralizing Lipitor actions like this one in the District of South Carolina. A copy of the JPML's February 18, 2014 Order is attached as Exhibit "A." This action is expected to be transferred to the MDL in the near future. Accordingly, the parties respectfully request that this Court stay further proceedings in this matter, including the scheduling conference set for February 24, 2014.

Respectfully submitted this 19th day of February, 2014.

By: /s/ Christiaan A. Marcum
    Christiaan A. Marcum
    (admitted pro hac vice)
    Richardson, Patrick,
      Westbrook & Brickman
    1037 Chuck Dawley Blvd., Bldg. A
    Mt. Pleasant, SC 29464

B.J. Wade
Skouteris & Magee, PLLC
50 North Front Street, Suite 920
Memphis, TN 38103

*Attorneys for Plaintiffs*

By: /s/ Gerald D. Neenan
    Aubrey B. Harwell, Jr., TN # 002559
    Gerald D. Neenan, TN # 006710
    NEAL & HARWELL, PLC
    One Nashville Place, Suite 2000
    150 Fourth Avenue North
    Nashville, TN 37219
    (615) 244-1713
    (615) 238-3525

*Attorneys for Defendant*